```
 1  ANDRÉ BIROTTE, JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    CATHY J. OSTILLER (Cal. State Bar No. 174582)
 4  Assistant United States Attorney
    General Crimes Section
 5       1100 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California  90012
         Telephone:  (213) 894-6159
 7       Facsimile:  (213) 894-6269
         E-mail: cathy.ostiller@usdoj.gov
 8  Attorneys for Complainant
    UNITED STATES OF AMERICA
 9
```

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>DOROTHEE BURKHART,<br><br>A fugitive from the Government of Germany. | CR. No. 11-2991M<br><br>[~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S REQUEST FOR DETENTION |

   Upon consideration of the request of the United States for the detention of fugitive DOROTHEE BURKHART ("BURKHART") pending extradition proceedings, and good cause therefor appearing,

   IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

   1.   In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. <u>United States v. Salerno</u>, 878 F.2d 317, 317 (9th Cir. 1989); <u>see</u> <u>also</u> <u>Matter of Extradition of Smyth</u> 976 F.2d 1535, 1535-36 (9th Cir. 1992); <u>Kamrin v. United States</u>, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special

1  circumstances rests upon the fugitive. See, e.g., Salerno, 878
2  F.2d at 317-18. ~~Here, BURKHART does not argue that "special~~ (MAN)
3  ~~circumstances" exist, and the Court finds that no such "special~~
4  ~~circumstances" exist.~~ Burkhart has not established that such special circumstances exist at this time.
5      2.  The government alternatively requests detention on
6  the grounds that BURKHART presents an unacceptable risk of (a)
7  flight; and (b) danger to the community, even if such special
8  circumstances were present. In support of its request, the
   and the Court has considered,                           and     (MAN)
9  government proffers ^ the sworn extradition complaint ^ the
10 provisional arrest warrant, ~~and the confidential Pretrial~~
11 ~~Services report.~~ Based on the allegations in the extradition
12 complaint concerning BURKHART's offenses in Germany, the Court
13 finds that BURKHART poses a potential risk to the safety of the
14 community. Based on the allegations in the extradition complaint
15 concerning BURKHART's substantial ties to Germany and German
16 citizenship, the Court also finds that BURKHART is a risk of
17 flight, particularly in light of BURKHART's apparent lack of ties
18 to this District.
19     IT IS SO ORDERED.
20
21 DATED: 1/10/12
22
23                      *Margaret A. Nagle*
                    HONORABLE MARGARET A. NAGLE
24                  United States Magistrate Judge